GREENWALD *v.* MARYLAND.

No. 859.   Decided June 20, 1960.

*Harry Silbert, A. Jerome Diener* and *Sidney Schlachman* for appellant.

*C. Ferdinand Sybert,* Attorney General of Maryland, *Stedman Prescott, Jr.,* Deputy Attorney General, and *James H. Norris, Jr.,* Special Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

ANDERSON *v.* THORINGTON CONSTRUCTION CO., INC.

No. 878.   Decided June 20, 1960.

*George E. Allen* and *Seymour I. Toll* for appellant.

PER CURIAM.

The appeal is dismissed for want of a properly presented substantial federal question.